IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Takitti Shava Childress, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 6:19-cv-2931-TMC |
| v. | ) | |
| | ) | **ORDER** |
| Portfolio Recovery Associates, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, proceeding *pro se* and *in forma pauperis*, filed this action alleging violations of the Fair Credit Reporting Act ("FCRA"). (ECF No. 1). In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02, D.S.C., this matter was referred to a magistrate judge for pretrial handling. On October 22, 2019, the magistrate judge entered an Order alerting Plaintiff that her complaint was subject to dismissal for failure to state a claim and allowing Plaintiff twenty-one days to correct the deficiencies identified therein. (ECF No. 8). Plaintiff did not file an amended complaint. Before the court is the magistrate judge's Report and Recommendation ("Report"), recommending that the court dismiss the case without leave to amend and without issuance and service of process. (ECF No. 12). Plaintiff was advised of his right to file objections to the Report. *Id.* at 10. However, Plaintiff filed no objections to the Report, and the time to do so has now run.

The Report has no presumptive weight and the responsibility to make a final determination in this matter remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). In the absence of objections, this court is not required to provide an explanation for adopting the Report. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Rather, "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the

1

recommendation." *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

After a careful and thorough review of the record under the appropriate standards, as set forth above, the court adopts the magistrate judge's Report (ECF No. 12), which is incorporated herein by reference. Accordingly, the case is **DISMISSED** without leave to amend and without issuance and service of process.

**IT IS SO ORDERED.**

s/Timothy M. Cain<br>
United States District Judge

December 13, 2019
Anderson, South Carolina

NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.